```
 1  KEN M. MARKOWITZ (SBN 104674)
    SAMANTHA D. HILTON (SBN 215585)
 2  KENNEY & MARKOWITZ L.L.P.
    255 California Street, Suite 1300
 3  San Francisco, CA  94111
    Telephone:    (415) 397-3100
 4  Facsimile:    (415) 397-3170                    *E-FILED ON 6/15/06*

 5  Attorneys for Defendant
    AMERICAN MEDICAL SYSTEMS, INC.
 6

 7

 8                        UNITED STATES DISTRICT COURT

 9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12  PATTY CARROLL and BRIAN              CASE NO.  C 06-02062 HRL
    CARROLL,
13                                       STIPULATION AND [PROPOSED]
             Plaintiffs,                 ORDER SELECTING ADR PROCESS
14
    v.
15
    AMERICAN MEDICAL SYSTEMS, INC.,
16  a corporation licensed to do business in
    California and DOES 1 to 500,,
17
             Defendant.
18

19

20       Counsel report that they have met and conferred and have stipulated to participate in Early

21  Neutral Evaluation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

22       ///

23       ///

24       ///

25       ///

26       ///

27       ///

28       ///
```

1  The parties agree to complete the Early Neutral Evaluation by September 30, 2006.

2

3  DATED: June 14, 2006               **KENNEY & MARKOWITZ L.L.P**

4

5                                      By: _____
                                          KEN M. MARKOWITZ
6                                         SAMANTHA D. HILTON
                                          Attorneys for Defendant
7                                         AMERICAN MEDICAL SYSTEMS, INC.

8  DATED: June 14, 2006               **LAW OFFICES OF JOHN E. HILL, PC**

9

10

11                                     By: _____
                                          JOHN E. HILL
12                                        Attorneys for Plaintiffs
                                          PATTY CARROLL and BRIAN
13                                        CARROLL

14

15

16 **IT IS SO ORDERED.**

17

18 Dated:    June 14, 2006             _____
                                          UNITED STATES MAGISTRATE JUDGE
19                                        HOWARD R. LLOYD

20

21

22

23

24

25

26

27

28