1  JOHN E. HILL, State Bar Number 45338
   LAW OFFICES OF JOHN E. HILL,
2  A PROFESSIONAL CORPORATION
   8105 Edgewater Drive, Suite #100
3  Oakland, California 94621        *ORDER E-FILED ON 9/19/06*
   Telephone: (510) 588-1000
4  Fax: (510) 588-1087

5  Attorney for PATTY CARROLL and BRIAN CARROLL

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  PATTY CARROLL, BRIAN CARROLL         No. C 06-02062HRL
            Plaintiff,
12                                        STIPULATION TO CONTINUE
                                          EARLY NEUTRAL EVALUATION
13
    vs.                                   Date:      September 26, 2006
14                                        Time:      1:30 pm
                                          Evaluator: Jane Pandell
15
    AMERICAN MEDICAL SYSTEMS,                  AND ORDER
16          Defendant.

17  _____/

18

19       IT IS HEREBY STIPULATED between the parties that the Early Neutral Evaluation now

20  scheduled for September 26, 2006 by evaluator Jane Pandell be vacated. It is further stipulated

21  that both parties agree to extend the jurisdiction of the evaluator for an additional thirty days

22  from the date of the original expiration of September 30, 2006. This stipulation was necessitated

23  by plaintiffs need to include additional medical records which have not been made available as of

24  this writing. Said medical records are necessary for plaintiff to participate in meaningful

25  evaluation discussions.

26       The evaluator Jane Pandell has given her consent to continue the evaluation and has

27

28

---

STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION

1 | agreed to extend her jurisdiction as evaluator
2 | Dated: September 14, 2006

LAW OFFICES OF JOHN E. HILL,
A Professional Corporation

By _____/S/_____
JOHN E. HILL
Attorney for PATTY CARROLL and
BRIAN CARROLL.

I have read the foregoing Stipulation to Continue Early Neutral Evaluation and agree to a continuance.

IT IS SO STIPULATED

Dated: 9-15-2006

SAMANTHA DAVIES HILTON
KENNEY & MARKOWITZ, LLP
Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS

I have read the foregoing Stipulation to Continue Early Neutral Evaluation and agree to act as neutral evaluator for an additional thirty days past the original expiration date of September 30, 2006.

Dated: 9-15-2006

JANE CURRAN PANDELL
Evaluator

ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED. The parties are advised that the fact that this extension has been granted will not be considered good cause for future requests (if any) to extend deadlines set by this court's July 18, 2006 Case Management Order.

Dated:  September 19, 2006

HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION