1  KEN M. MARKOWITZ (SBN 104674)
   SAMANTHA D. HILTON (SBN 215585)
2  KENNEY & MARKOWITZ L.L.P.
   255 California Street, Suite 1300
3  San Francisco, CA  94111                    *ORDER E-FILED ON 10/30/06*
   Telephone:    (415) 397-3100
4  Facsimile:    (415) 397-3170

5  Attorneys for Defendant
   AMERICAN MEDICAL SYSTEMS, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  PATTY CARROLL and BRIAN          CASE NO. C 06-02062 HRL ENE
    CARROLL,
13                                   STIPULATION AND [PROPOSED]
                                     ORDER TO MODIFY THE JULY 18,
14        Plaintiffs,                2006 CASE MANAGEMENT ORDER

15  v.
                                     (MODIFIED BY THE COURT)
16  AMERICAN MEDICAL SYSTEMS, INC.,
    a corporation licensed to do business in
17  California and DOES 1 to 500,,

18        Defendant.

19

20        This Stipulation is entered into between Plaintiffs, Patty Carroll and Brian Carroll, by and

21  through their counsel of record, The Law Offices of John E. Hill, and Defendant, American

22  Medical Systems, Inc., by and through its counsel of record, Kenney & Markowitz, L.L.P. The

23  parties stipulate as follows:

24        1.    On July 18, 2006, this Court issued its first Case Management Order in this case,

25  which included a trial date of May 21, 2007, and other dates set by the Court accordingly;

26        2.    On September 18, 2006, the parties submitted a stipulation and proposed order

27  requesting a continuance of the date set for completion of Alternative Dispute Resolution[1]. The

28  _____
    [1] The parties stipulated to an Early Neutral Evaluation and the Court has appointed Jane
    Pandell as the parties' Neutral.

Kenney
&
Markowitz
L.L.P.

{30115 301896 0125025 DOC}                     -1-
STIPULATION AND [PROPOSED] ORDER TO MODIFY THE JULY 18, 2006 CASE MANAGEMENT ORDER;
                         C 06-02062 HRL

1  ground presented for the continuance was that plaintiffs needed additional time to collect a

2  complete set of medical records before the ENE.  On September 19, 2006, the Court granted the

3  proposed order to continue the deadline set for completion of ADR until October 30, 2006;

4         3.    Due to unavoidable scheduling conflicts, including trials during October and

5  November, the next available date on which counsel for the plaintiffs, the defendant and the Early

6  Neutral Evaluator are available for an ENE session is November 28, 2006.  The ENE is scheduled

7  to take place on November 28, 2006 at the Law offices of John E. Hill;

8         4.    The parties stipulate to and respectfully request that the Court continue the ADR

9  completion date by an additional 30 days to November 30, 2006;

10         5.    Pursuant to the July 18, 2006 Order, the current trial date is May 21, 2007.  Factual

11  discovery cutoff is December 15, 2006, just two weeks after the scheduled ENE.  Counsel for both

12  parties, therefore, stipulate to and respectfully request that the Court modify its July 18, 2006 Case

13  Management Order to continue the trial commencement and all associated dates within the Order

14  by 60 days as listed in the attached proposed order.

15

16  DATED: October 26, 2006            **KENNEY & MARKOWITZ L.L.P**

17

18                      By: /s/ Samantha D. Hilton
                            KEN M. MARKOWITZ
                            SAMANTHA D. HILTON

19                              Attorneys for Defendant
                            AMERICAN MEDICAL SYSTEMS,

20                              INC.

21

22

23  DATED: October 2\, 2006          **LAW OFFICES OF JOHN E. HILL**

24

25                      By:_____
                            JOHN E. HILL

26                              Attorneys for Plaintiffs
                            PATTY CARROLL AND BRIAN
                            CARROLL

27

Kenney
&
Markowitz
L.L.P.

28

{30115 301896 0125025.DOC}             -2-
STIPULATION AND [PROPOSED] ORDER TO MODIFY THE JULY 18, 2006 CASE MANAGEMENT ORDER;
C 06-02062 HRL

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation and request for modification of the Court's Case Management Order, the following schedule shall apply to this case:

| | |
|---|---|
| ENE completed by: | November 30, 2006 |
| Fact Discovery Cutoff: | **January 26,** ~~February 2~~ 2007 |
| Designation of Experts with Reports: | **February 6,** ~~March 2~~ 2007 |
| Designation of Rebuttal Experts with Reports (if any) | **March 6,** ~~April 2~~ 2007 |
| Expert Discovery Cutoff: | **April 6,** ~~May 2~~ 2007 |
| LD for Hearing on Dispositive Motions: | **May 15,** ~~June 2~~ 2007, 10:00 a.m. |
| Final Pretrial Conference: | July ~~13~~ **3,** 2007, 1:30 p.m. |
| Jury Trial (estimated 7 days): | July ~~23~~ **9,** 2007 |

**No further extensions of the ENE deadline will be granted.**

IT IS SO ORDERED.

DATED: October 30, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY THE JULY 18, 2006 CASE MANAGEMENT ORDER; C 06-02062 HRL

Kenney
&
Markowitz
L.L.P