**\*E-FILED ON 1/12/07\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATTY CARROLL and BRIAN CARROLL, | No. C06-02062 HRL |
| Plaintiffs, | **ORDER GRANTING AS MODIFIED PARTIES' THIRD REQUEST FOR EXTENSION OF CASE MANAGEMENT DEADLINES** |
| v. | |
| AMERICAN MEDICAL SYSTEMS, INC., | |
| Defendant. | |

Presently before the court is the parties' stipulated request for an extension of the fact discovery cutoff and other case management deadlines. They have not explained why it is that they need more time, particularly since this is the third time in the past several months that they have requested an extension of one kind or another. Nevertheless, the court will grant the parties' requested extension, with some modification (including a date for hearing any Daubert motions). In the future, any requests to extend or otherwise alter court-ordered deadlines must be accompanied by a showing of good cause. See CIV. L.R. 6-2. However, the parties are advised that the court currently is not inclined to grant any further extensions of the case management deadlines.

The following modified schedule shall apply to this case:

Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 15, 2007

Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 26, 2007

1  Designation of Rebuttal Experts with Reports (if any) . . . . . . . . . . . . . . . . . . . . March 19, 2007
2  Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 20, 2007
3  Last Day for Hearing on Dispositive and <u>Daubert</u> Motions . . . . . . . . May 29, 2007, 10:00 a.m.
4  Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 3, 2007, 1:30 p.m.
5  Jury Trial (estimated 7 days) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 9, 2007

6      IT IS SO ORDERED.

7  Dated:  January 12, 2007

                                      HOWARD R. LLOYD
8                                        UNITED STATES MAGISTRATE JUDGE

2

**5:06-cv-2062 Notice will be electronically mailed to:**

John E. Hill johnhill@hill-law-offices.com, mikesher952@aol.com; joseduran@hill-law-offices.com

Samantha Davies Hilton shilton@kennmark.com, aroque@kennmark.com

Ken M. Markowitz kmarkowitz@kennmark.com, avongoetz@kennmark.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**