**United States District Court**
For the Northern District of California

**\*E-FILED ON 3/1/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATTY CARROLL and BRIAN CARROLL, | No. C06-02062 HRL |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| v. | |
| AMERICAN MEDICAL SYSTEMS, INC., | |
| Defendant. | |

The court is informed that the parties have reached a settlement. Accordingly, all hearings, trial and pretrial dates have been vacated.

**On or before May 1, 2007**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **May 15, 2007 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than May 8, 2007**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need

1 | not file a joint statement in response to this Order.

2 | Dated: March 1, 2007



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

**5:06-cv-2062 Notice will be electronically mailed to:**

John E. Hill johnhill@hill-law-offices.com, mikesher952@aol.com; joseduran@hill-law-offices.com

Samantha Davies Hilton shilton@kennmark.com, aroque@kennmark.com

Ken M. Markowitz kmarkowitz@kennmark.com, avongoetz@kennmark.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**